```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 21751
   DEBORAH DORINE DAMPIER
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-1741


----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 11/19/2007 and was confirmed 03/17/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 08/04/2008.
----------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID            PAID
----------------------------------------------------------------------
US BANK NATIONAL           NOTICE ONLY    NOT FILED             .00             .00
CAPITAL ONE AUTO FINANCE   SECURED NOT I    140.40              .00          140.40
INTERNAL REVENUE SERVICE   PRIORITY        2532.73              .00             .00
INTERNAL REVENUE SERVICE   NOTICE ONLY    NOT FILED             .00             .00
PORTFOLIO RECOVERY ASSOC   UNSECURED        749.17              .00             .00
FIRST PREMIER BANK         UNSECURED     NOT FILED             .00             .00
SALUTE VISA                UNSECURED     NOT FILED             .00             .00
MIDSTATE COLLECTION SOLU   UNSECURED     NOT FILED             .00             .00
US BANK NATIONAL ASSOCIA   CURRENT MORTG      .00              .00             .00
US BANK NATIONAL ASSOCIA   SECURED NOT I      .00              .00             .00
CAPITAL ONE AUTO FINANCE   UNSECURED     NOT FILED             .00             .00
INTERNAL REVENUE SERVICE   UNSECURED         41.86              .00             .00
CAPITAL ONE AUTOL RENTAL   SECURED NOT I      .00              .00             .00
MELVIN J KAPLAN            DEBTOR ATTY     3,424.00                         1,196.00
TOM VAUGHN                 TRUSTEE                                            113.60
DEBTOR REFUND              REFUND                                                .00

     Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                    1,450.00

PRIORITY                                          .00
SECURED                                        140.40
UNSECURED                                         .00
ADMINISTRATIVE                               1,196.00
TRUSTEE COMPENSATION                           113.60
DEBTOR REFUND                                     .00
                         --------------    --------------
TOTALS                     1,450.00           1,450.00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 21751 DEBORAH DORINE DAMPIER

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 11/19/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |